IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ANTHONY D. TAYLOR, SR., <br> Plaintiff, | ORDER |
| v. | 13-cv-862-wmc |
| OFFICER ROBERT LYNN, *et al.*, <br> Defendants. | |

Plaintiff Anthony D. Taylor, Sr., is presently incarcerated by the Wisconsin Department of Corrections at the Racine Correctional Institution. Plaintiff has filed a proposed civil action pursuant to 42 U.S.C. § 1983, and he has requested leave to proceed without prepayment of the filing fee. Now pending before the court is plaintiff's motion for leave to amend his complaint. (Dkt. # 5). The court will grant plaintiff's request and will screen the amended complaint as required by the Prison Litigation Reform Act (the "PLRA") to determine whether any portion is frivolous or malicious, fails to state a claim upon which relief may be granted or seeks monetary relief from a defendant who by law is immune from such relief. *See* 28 U.S.C. § 1915A(b). Once screening is completed, the court will notify plaintiff in a separate order.

ORDER

IT IS ORDERED that plaintiff's motion for leave to amend the complaint (Dkt. # 5) is GRANTED.

Entered this 6th day of May, 2014.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge